IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-529-BO-RN

TASHA OWENS,  )
        Plaintiff, )
  )
v. )    O R D E R
  )
CAROLYN COLVIN, )
*Acting Commissioner of Social Security* )
        Defendant. )

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Robert T. Numbers, II. [DE 6]. The magistrate judge recommends that plaintiff's motion to proceed *in forma pauperis* be denied and that she be directed to tender the filing fee. *Id.*

Plaintiff has paid the filing fee. The recommendation of the magistrate judge is therefore REJECTED as MOOT. Plaintiff's motion to proceed *in forma pauperis* [DE 3] is DENIED AS MOOT. The Clerk of Court is DIRECTED to proceed with case management.

SO ORDERED, this ___ day of January 2025.

                                                                                     TERRENCE W. BOYLE
                                                                                      UNITED STATES DISTRICT JUDGE