IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00529-M

| | |
|---|---|
| TASHA OWENS, | )
| | )
| Plaintiff, | )
| | )
| v. | ) ORDER
| | )
| FRANK J. BISIGNANO, | )
| Commissioner of Social Security, | )
| | )
| Defendant. | )

This matter comes before the court on the Plaintiff's brief in support of her request for review of the Commissioner's decision. DE 13. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Robert T. Numbers, II issued a Memorandum and Recommendation ("M&R"), recommending that the court deny Plaintiff's request for reversal or remand. DE 20. Judge Numbers issued the M&R on January 16, 2026, and ordered that the parties file any objections within fourteen (14) days after the M&R was served, or no later than February 2, 2026. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); Local Civil Rule 72.4(b). *See id.* To date, no objections have been filed.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's request for reversal or remand [DE 13] is DENIED and the Commissioner's decision is AFFIRMED. The Clerk of Court is directed to close this case.

SO ORDERED this 5th day of February, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 5:24-cv-00529-M-RN    Document 21    Filed 02/05/26    Page 2 of 2